___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

DEC 7, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANELLE OLSON, et al.,<br><br>Defendant. | Case No. 2:19-cr-00154-RFB-VCF<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Plea in this case scheduled for December 7, 2021. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_/s/ Janelle Olsen_                12-6-2021
Defendant's Signature            (date)

_/s/_                             12.6.2021
Signature of Defendant's Attorney   (date)

_/s/_                             12/07/2021
Judge's Signature                (date)

_Kathleen Bliss_
Printed Name of Defendant's Attorney

RICHARD F. BOULWARE, II  U.S. District Judge
Judge's Printed Name and Title